## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**SEDRIC L. ANDERSON**
**ADC #133122**                                                                                    **PETITIONER**

v.                     Case No. 5:11-cv-00236 KGB-JTR

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                **RESPONDENT**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 18). No objections have been filed, and the time for filing objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

It is therefore ordered that the Sedric L. Anderson's petition for writ of habeas corpus is denied, and this case is dismissed with prejudice. It is further ordered that certificate of appealability is denied pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

SO ORDERED this the 2nd day of June, 2014.

_____
Kristine G. Baker
United States District Judge