IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**SEDRIC L. ANDERSON**
**ADC #133122**                                                                                    **PETITIONER**

**v.**                        **Case. No. 5:11-cv-00236 KGB/JTR**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                      **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this habeas action is dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this the 2nd day of June, 2014.

_____
Kristine G. Baker
United States District Judge